```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
ASAD HASSAN MIQBEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ASAD HASSAN MIQBEL, | ) | |
| | ) | Date:  August 14, 2007 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, though their respective attorneys, that the status conference scheduled for August 14 may be continued to August 28, 2007, at 9:30 a.m.

    Defense counsel seeks additional time to review audio and video discovery with Mr. Miqbel before deciding how to proceed. To complete this review, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through August 28, 2007, pursuant

/////

/////

to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  August 9, 2007         /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ASAD HASSAN MIQBEL

                               MCGREGOR SCOTT
                               United States Attorney

Dated:  August 9, 2007         /s/ T. Zindel for J. Hitt
                               JASON HITT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The status conference is continued to August 28, 2007.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 28, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 9, 2007

                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Miqbel                    2