```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5

 6  Attorney for Defendant
    ASAD HASSAN MIQBEL
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ASAD HASSAN MIQBEL, | ) | |
| | ) | Date:    August 28, 2007 |
| Defendant. | ) | Time:    9:30 a.m. |
| | ) | Judge:   Hon. Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, though their respective attorneys, that the status conference scheduled for August 28 may be continued to October 16, 2007, at 9:30 a.m.

Defense counsel seeks additional time to review audio and video discovery with Mr. Miqbel and to perform other tasks that may affect resolution of the case. In addition, defense counsel will be unavailable during late September and early October. To have time to complete review and in order to assure continuity of defense counsel, the parties agree

that time under the Speedy Trial Act should be excluded from the date of this order through October 16, 2007, pursuant to Title 18, United States Code, Section 3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   August 24, 2007          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for ASAD HASSAN MIQBEL

                                  MCGREGOR SCOTT
                                  United States Attorney

Dated:   August 24, 2007          /s/ T. Zindel for J. Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

The status conference is continued to October 16, 2007.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 16, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: August 24, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Miqbel                 2