1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5

    Attorney for Defendant
6   ASAD HASSAN MIQBEL

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    Case No. CR. S-07-238 LKK
                                   )
12            Plaintiff,           )    **STIPULATION AND ORDER**
                                   )    **CONTINUING STATUS CONFERENCE**
13        v.                       )    **AND EXCLUDING TIME**
                                   )
14  ASAD HASSAN MIQBEL,            )
                                   )    Date:  October 16, 2007
15            Defendant.           )    Time:  9:30 a.m.
                                   )    Judge: Hon. Lawrence K. Karlton
16  _____  )

17

18       It is hereby stipulated and agreed between plaintiff, United States

19  of America, and defendant, Asad Miqbel, though their respective attorneys,

20  that the status conference scheduled for October 16, 2007 may be continued

21  to November 6, 2007, at 9:30 a.m.

22       Counsel for the United States has provided a proposed plea agreement

23  to defense counsel.  Defense counsel needs additional time to review the

24  proposed agreement with Mr. Miqbel and to continue discussions with

25  counsel for the government.  To afford time to complete these tasks, the

26  parties agree that time under the Speedy Trial Act should be excluded from

27  the date of this order through November 6, 2007, pursuant to Title 18,

28  United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

1                                    Respectfully submitted,

2                                    DANIEL J. BRODERICK
                                     Federal Defender
3

4    Dated:   October 12, 2007       /s/ T. Zindel
                                     TIMOTHY ZINDEL
5                                    Assistant Federal Defender
                                     Attorney for ASAD HASSAN MIQBEL
6

7                                    MCGREGOR SCOTT
                                     United States Attorney
8

9    Dated:   October 12, 2007       /s/ T. Zindel for J. Hitt
                                     JASON HITT
10                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
11

12

13                       O R D E R

14       The status conference is continued to November 6, 2007.  The court

15   finds that a continuance is necessary for the reasons stated above and

16   further finds that the ends of justice served by granting a continuance

17   outweigh the best interests of the public and the defendant in a speedy

18   trial.   Time is therefore excluded from the date of this order through

19   October 16, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

20   DATED: October 15, 2007

21

22

23                                   LAWRENCE K. KARLTON
24                                   SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
25

26

27

28