```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
ASAD HASSAN MIQBEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ASAD HASSAN MIQBEL, | ) | |
| | ) | |
| Defendant. | ) | Date: October 16, 2007 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, though their respective attorneys, that the status conference scheduled for October 16, 2007 may be continued to November 6, 2007, at 9:30 a.m.

Counsel for the United States has provided a proposed plea agreement to defense counsel.  Defense counsel needs additional time to review the proposed agreement with Mr. Miqbel and to continue discussions with counsel for the government.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through November 6, 2007, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   October 16, 2007           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ASAD HASSAN MIQBEL


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:   October 16, 2007           /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The status conference is continued to November 6, 2007.  The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 6, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: October 18, 2007

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```