1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5

   Attorney for Defendant
6  ASAD HASSAN MIQBEL

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   Case No. CR. S-07-238 LKK
                                )
12            Plaintiff,        )   **STIPULATION AND ORDER**
                                )   **CONTINUING STATUS CONFERENCE**
13        v.                    )   **AND EXCLUDING TIME**
                                )
14 ASAD HASSAN MIQBEL,          )
                                )   Date:  November 27, 2007
15            Defendant.        )   Time:  9:30 a.m.
                                )   Judge: Hon. Lawrence K. Karlton
16 _____ )

17

18      It is hereby stipulated and agreed between plaintiff, United States

19 of America, and defendant, Asad Miqbel, through their respective

20 attorneys, that the status conference scheduled for November 27, 2007 may

21 be continued to December 11, 2007, at 9:30 a.m.

22      Counsel for Mr. Miqbel requests this continuance as government's

23 counsel has been unavailable to discuss outstanding unresolved issues due

24 to trial which is now near completion.  Defense counsel needs additional

25 time to continue discussions with counsel for the government.  To afford

26 time to complete these tasks, the parties agree that time under the Speedy

27 Trial Act should be excluded from the date of this order through

28 December 11, 2007, pursuant to Title 18, United States Code, Section

3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  November 21, 2007        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for ASAD HASSAN MIQBEL


                                 MCGREGOR SCOTT
                                 United States Attorney


Dated:  November 21, 2007        /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


                            **O R D E R**

The status conference is continued to December 11, 2007 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 11, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: November 26, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. in U.S.A. v. Miqbel                    2