DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
ASAD HASSAN MIQBEL



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ASAD HASSAN MIQBEL, | ) | |
| Defendant. | ) | Date:  December 11, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States
of America, and defendant, Asad Miqbel, through their respective
attorneys, that the status conference scheduled for December 11, 2007 may
be continued to January 15, 2008, at 9:30 a.m.

This continuance is requested because the parties are considering a
proposed resolution of the case.  Defense counsel needs additional time
to continue discussions with counsel for the government.  To afford time
to complete these tasks, the parties agree that time under the Speedy
Trial Act should be excluded from the date of this order through
January 15, 2008, pursuant to Title 18, United States Code, Section
3161(h)(8)(A) and (B)(iv) (Local Code T4).

1                                     Respectfully submitted,

2                                     DANIEL J. BRODERICK
                                      Federal Defender
3

4    Dated:   December 6, 2007        /s/ T. Zindel
                                      TIMOTHY ZINDEL
5                                     Assistant Federal Defender
                                      Attorney for ASAD HASSAN MIQBEL
6

7                                     MCGREGOR SCOTT
                                      United States Attorney
8

9    Dated:   December 6, 2007        /s/ T. Zindel for J. Hitt
                                      JASON HITT
10                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
11

12

13                              O R D E R

14        The status conference is continued to January 15, 2008 at 9:30 a.m.

15   The court finds that a continuance is necessary for the reasons stated

16   above and further finds that the ends of justice served by granting a

17   continuance outweigh the best interests of the public and the defendant

18   in a speedy trial.  Time is therefore excluded from the date of this order

19   through January 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

20   (B)(iv).

21   DATED: December 7, 2007

22

23

24                                    LAWRENCE K. KARLTON
25                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
26

27

28