DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ASAD HASSAN MIQBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **MODIFYING CONDITIONS OF** |
| | ) | **PRETRIAL RELEASE** |
| ASAD HASSAN MIQBEL, | ) | |
| | ) | |
| Defendant. | ) | Judge:  Hon. Edmund F. Brennan |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, through their respective attorneys, that the following language shall be added to existing conditions of Mr. Miqbel's pretrial release:

> You (*i.e.*, Mr. Miqbel) shall participate and abide by all the requirements in the home confinement program, which will include electronic monitoring.  You are restricted to your residence except for employment, religious obligations, medical appointments, substance abuse or mental health treatment, attorney/court appointments, or activities pre-approved by Pretrial Services.

This modification was requested by Pretrial Services as a housekeeping matter and does not substantially change the existing conditions of release, which already include electronic monitoring.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   December 17, 2007          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ASAD HASSAN MIQBEL


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:   December 17, 2007          /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

Defendant's conditions of pretrial release are modified as set forth above.

IT IS SO ORDERED.

DATED: December 18, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. in U.S.A. v. Miqbel                     2