DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
ASAD HASSAN MIQBEL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **MODIFYING CONDITIONS OF** |
| | ) | **PRETRIAL RELEASE** |
| ASAD HASSAN MIQBEL, | ) | |
| | ) | |
| Defendant. | ) | Judge:  Hon. Gregory G. Hollows |
| | ) | |
| _____ | ) | |


It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, through their respective attorneys, that the condition of pretrial release requiring Mr. Miqbel to submit to a "home confinement program, which will include electronic monitoring" and restricting him to his "residence except for employment, religious obligations, medical appointments, substance abuse or mental health treatment, attorney/court appointments, or activities pre-approved by Pretrial Services" may be vacated.

This modification is requested because Mr. Miqbel's employer has offered him construction work in the Bay area but he cannot perform that

work while on home confinement.  Pretrial Services Officer Steve Sheehan has spoken to Mr. Miqbel's employer and agrees that this modification is appropriate.

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  January 17, 2008            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ASAD HASSAN MIQBEL


                                    MCGREGOR SCOTT
                                    United States Attorney

Dated:  January 17, 2008            /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

Defendant's conditions of pretrial release are modified as set forth above.

IT IS SO ORDERED.

```
DATED: 01/24/08                     /s/ Gregory G. Hollows
                                    _____
                                    United States Magistrate Judge
```

miqbel.ord

Stip. in U.S.A. v. Miqbel                    2