DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ASAD HASSAN MIQBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER STATUS CONFERENCE** |
| v. | ) | |
| ASAD HASSAN MIQBEL, | ) | |
| Defendant. | ) | Judge:   Hon. Lawrence K. Karlton |
| | ) | |

A status conference was held January 15, 2008, all parties appearing with counsel.  At the request of the parties, the Court scheduled the case for trial on April 22, 2008, with a trial confirmation hearing April 1, 2008, at 9:30 a.m., and ordered time excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Code T4) to afford the parties adequate time to prepare for trial.

IT IS SO ORDERED.

Dated: January 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT