```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5

    Attorney for Defendant
 6  ASAD HASSAN MIQBEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR. S-07-238 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING AND EXCLUDING TIME** |
| v. | ) | |
| ASAD HASSAN MIQBEL, | ) | Date: April 1, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Asad Miqbel, through their respective attorneys, that the trial-confirmation hearing scheduled for April 1, 2008 may be continued one week to April 8, 2008, at 9:30 a.m.

This continuance is requested because a potential resolution is pending.  Defense counsel needs additional time to continue discussions with counsel for the government.  To afford time to complete this task, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through April 8, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   March 25, 2008             /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ASAD HASSAN MIQBEL


                                    MCGREGOR SCOTT
                                    United States Attorney


Dated:   March 25, 2008             /s/ T. Zindel for J. Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

The trial-confirmation hearing is continued to April 8, 2008 at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

DATED: March 27, 2008

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2