1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5

    Attorney for Defendant
6   ASAD HASSAN MIQBEL

7

8

9                IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )   Case No. CR. S-07-238 LKK
                                   )
13                Plaintiff,       )   **STIPULATION AND ORDER**
                                   )   **VACATING TRIAL CONFIRMATION AND JURY**
14          v.                     )   **TRIAL DATES AND SETTING FOR STATUS**
                                   )   **CONFERENCE; EXCLUDING TIME**
15  ASAD HASSAN MIQBEL,            )
                                   )
16                Defendant.       )   Date:  April 8, 2008
                                   )   Time:  9:30 a.m.
17  _____  )   Judge: Hon. Lawrence K. Karlton

18

19       It is hereby stipulated and agreed between plaintiff, United States

20  of America, and defendant, ASAD MIQBEL, through their respective

21  attorneys, that the trial-confirmation date of April 8, 2008 and jury

22  trial date of April 22, 2008 be vacated, and the matter continued for

23  status conference on April 29, 2008 at 9:30 a.m.

24       The parties have agreed to resolve the case and seek additional time

25  to complete and review the appropriate paperwork in regard to this

26  resolution.  Defense counsel needs additional time to continue discussions

27  with counsel for the government.  To afford time to complete this task,

28  the parties agree that time under the Speedy Trial Act should be excluded

1  from the date of this order through April 29, 2008, pursuant to Title 18,

2  United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:   April 3, 2008           /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for ASAD HASSAN MIQBEL
8

9                                    MCGREGOR SCOTT
                                     United States Attorney
10

11 Dated:   April 3, 2008           /s/ T. Zindel for J. Hitt
                                     JASON HITT
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
13

14                          **O R D E R**

15      The trial-confirmation date of April 8, 2008 and jury trial date of

16 April 22, 2008 is vacated.  The matter is continued to April 29, 2008 at

17 9:30 a.m. for status conference.  The court finds that a continuance is

18 necessary for the reasons stated above and further finds that the ends of

19 justice served by granting a continuance outweigh the best interests of

20 the public and the defendant in a speedy trial.  Time is therefore

21 excluded from the date of this order through April 29, 2008, pursuant to

22 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

23 DATED: April 3, 2008

24

25

26                          LAWRENCE K. KARLTON
27                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
28
                                    2