```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ASAD HASSAN MIQBEL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-238-LKK |
| ) Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ASAD HASSAN MIQBEL, ) | |
| ) Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

The above matter is continued one week to May 6, 2008 at 9:30 a.m. for change of plea.  Time is ordered excluded through May 6, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (Local Code T4) to afford the parties adequate time to prepare.

Dated: May 1, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT