DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ASAD MIQBEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-0238 LKK |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER EXONERATING BOND** |
| ASAD MIQBEL, ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Asad Miqbel, that the bond posted to secure defendant's pretrial release may be exonerated and the property used to secure the bond be reconveyed to the sureties, Mohammad and Maria Miqbel.

On May 24, 2007, the magistrate judge ordered Mr. Miqbel released on a $100,000 property bond secured by the residence of his aunt and uncle. On November 4, 2008, the Court remanded Mr. Miqbel to serve his prison sentence. Mr. Miqbel is now in custody of the Marshal pending transfer to the Bureau of Prisons.

Accordingly, the bond securing his release should be exonerated and the property reconveyed.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

Dated:  November 4, 2008          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ASAD MIQBEL


McGREGOR SCOTT
United States Attorney

Dated:  November 4, 2008          /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney


**O R D E R**

The bond in this case is exonerated.  The Clerk of the Court shall immediately reconvey the real property posted to secure defendant's release.

IT IS SO ORDERED.

Dated:  November 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip. & Order Exonerating Bond          -2-